# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2069.  DELAWARE RIVER TRADING CO., INC. v. SHAPIRO.**

Appellant's appeal was docketed with this Court on July 6, 2018, and thus, appellant's brief was due to be filed on July 26, 2018. But on July 9, 2018, appellant filed a motion requesting an extension of time in which to file its enumeration of errors and brief, claiming it cannot file its brief without first reviewing the trial transcript, which is yet to be completed. Specifically, appellant claims that although the Clerk of the Superior Court of Fulton County transmitted the majority of the record to this Court, as of June 25, 2018, the court reporter had yet to even start compiling the trial transcript and, therefore, that transcript could not be included with the transmitted record. Consequently, appellant requests that this Court grant it an extension to file its enumerations of errors and brief of twenty (20) days *after* the Clerk of the Superior Court of Fulton County has supplemented the appellate record with the completed trial transcript.

This Court cannot grant indefinite extensions of time in which to file an appellant's enumeration of errors and brief. Indeed, this Court is constitutionally mandated to "dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." Ga. Const. Art. 6, § 9, ¶ II. Accordingly,

because appellant cannot confirm when the trial transcript will be transmitted to this Court—or even completed by the court reporter—we hereby **REMAND** this case to the trial court for completion of the record. Upon completion, the Clerk of the Superior Court of Fulton County may re-transmit the case to this Court for re-docketing pursuant to the originally filed notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   07/18/2018          *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*